```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         NORTHERN DIVISION
```

JERMON ALEXANDER,              )
                               )
            Plaintiff,         )
                               )
        vs.                    )    No. 2:04CV35-DJS
                               )
ROBERT HAMPTON and             )
CARL DOERHOFF,                 )
                               )
            Defendants.        )

## JUDGMENT

Pursuant to the order filed herein his day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that summary judgment is entered in favor of defendants and against plaintiff on all claims of plaintiff's complaint.

Dated this ___18th___ day of May, 2005.

                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE